## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                    **JUDGMENT IN A CIVIL CASE**

**KEITH ALLEN GREEN,**

                                                    CASE NO: **2:22−CV−00295−DB**

          v.

**COMMISSIONER OF SOCIAL SECURITY,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/11/2023**

                                                    **Keith Holland**
                                                    Clerk of Court

ENTERED:  **September 11, 2023**

                                        by: /s/ H. Huang
                                                    Deputy Clerk